In the Matter of the Appointment of a Committee of the Estate of Anna Babis (Banis) or (Annie-Inda-or Hinda Schwartz), an Alleged Incompetent Person. Victor Babis, Appellant; Jessie Jaeger, as Committee of the Estate of Annie Babis and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

James J. Dugan, an Infant, by Thomas A. Dugan, His Guardian ad Litem, and Thomas A. Dugan, Appellants, v. P. T. Cox Co.,Inc., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The Horn & Hardart Company, Respondent, v. 115 East 14th Street Company, Inc., Defendant, Impleaded with Third Holding Corporation, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Post Institute, Inc., and Louis J. Stern v. Lander Co., Inc., and S. H. Kress & Co., Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for other relief denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Louis Blaustein and Others v. Pan American Petroleum & Transport Company and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Car and General Insurance Corporation, Limited, and Another, v. Market Garage, Inc.— Motion for resettlement denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of Sadie H. Belloni and Others, Individually, and as Testamentary Trustees, for a Construction of the Last Will and Testament of Kate B. Belloni, Deceased. Aurel Lupu, Individually, and as Executor, etc., of Katherine Havemeyer Lupu, Deceased; Cornelius J. Smyth, Special Guardian for Infant, Caroline D. Butts.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Indian Motocycle Company v. The City of New York and Russell Forbes, Commissioner of Purchase of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.